# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

146525

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

THEODORE SLICER,
        Plaintiff-Appellee,

v

    SC: 146525
    COA: 298068
    Clinton CC: 09-010506-CK

CITY OF ST. JOHNS,
        Defendant/Cross-Plaintiff-
        Appellant,

and

COUNTY OF CLINTON,
        Defendant,

and

CLINTON COUNTY ROAD COMMISSION,
        Defendant/Cross-Defendant-
        Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 6, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

p1021